06-CV-05385-ORD

FILED _____ LODGED
_____ RECEIVED

FEB - 2 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LL MILLS and CATHERINE MILLS, husband and wife, ROBERT SUSS, DOUG SHINSTINE, JIM JELSMA, BILL BREMIER, NEIL DEMARIS & FRED McCONKEY, RON GOODCHILD, GARY LAYCOCK, KEITH SCHLEMEIN, AL BELCHER, MARK SHEERAN and RICHARD F. DEJEAN

   Plaintiffs,

vs.

CITY OF SUMNER, a municipal Corporation

   Defendant.

NO. 3:06-cv-5385

STIPULATED ORDER OF DISMISSAL

THIS MATTER coming on before the Court on the Stipulation of the parties, IT IS THEREFORE

ORDERED that Doug Shinstine and Gary Laycock are dismissed as from these proceedings without prejudice.

STIPULATED ORDER OF DISMISSAL - 1

LAW OFFICES OF
RICHARD F. DEJEAN

P.O. BOX 867
SUMNER, WASHINGTON 98390-0110
(253) 863-6047

1  Done in Open Court this ___ day of February_____, 2007.

2

3

4

5  _____
   Honorable Ronald B. Leighton

6

7  Presented by:

8

9

10 _____
   Richard F. DeJean   WSBA #2548
11 Attorney for Plaintiff

12

13
   Approved for entry:
14

15

16

17 _____
   Mary Ann McConaughy   WSBA #8406
18 Attorney for Defendant City of Sumner

19 Pat Bosmans  # 9148
   City attorney - Sumner
20

21

22

23

24

25

26

STIPULATED ORDER OF DISMISSAL - 2

LAW OFFICES OF
RICHARD F. DeJEAN

P.O. BOX 867
SUMNER, WASHINGTON 98390-0110
(253) 863-6047