THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LL MILLS and CATHERINE MILLS, husband and wife, ROBERT SUSS, DOUG SHINSTINE, JIM JELSMA, BILL BREMER, NEIL DEMARIS & FRED McCONKEY, RON GOODCHILD, GARY LAYLOCK, KEITH SCHLEMEIN, AL BELCHER, MARK SHEERAN and RICHARD F. DEJEAN<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SUMNER, a municipal corporation,<br><br>Defendant. | No. CV06-5385RBL<br><br>STIPULATION AND PROPOSED ORDER OF CONTINUANCE FOR DISCOVERY PLAN DATES |

## STIPULATION AND REQUEST FOR CONTINUANCE

**COME** now the parties, City of Sumner Defendant, by and through their undersigned attorneys Brett C. Vinson, City Attorney, and Mary Ann McConaughy, of Keating, Bucklin & McCormack, Inc., P.S., and Plaintiffs, by and through their attorney, Richard F. DeJean, and hereby request and stipulate to an Order that the Discovery due dates pursuant to FRCP 26 are continued as set forth as follows:

(1) that the deadline for Disclosure of Expert Testimony under FRCP 26(a)(2), currently set for July 11, 2007, be continued to August 10, 2007;

(2) that the deadline for filing all discovery motions currently set for August 20, 2007, be continued to September 20, 2007;

(3) that the Discovery completion date currently set for September 10, 2007, be continued to October 10, 2007; and

(4) that the date for all Dispositive Motions, currently scheduled for October 9, 2007, be continued to October 24, 2007.

This request and stipulation is based upon the fact that the attorney representing the Defendant City of Sumner has left the organization and a new City Attorney, Brett C. Vinson, has just come on board within the past two weeks. By continuing the discovery dates as requested, will enable Mr. Vinson to adequately respond and participate in the discovery process.

Dated this 25th day of June, 2007.

CITY OF SUMNER

s/Brett c. Vinson
Brett C. Vinson, WSBA #30426
City Attorney for the City of Sumner
1104 Maple Street
Sumner, WA 98390
(253) 299-5611
Fax (253) 299-5509
brettv@ci.sumner.wa.us

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/Mary Ann McConaughy
Mary Ann McConaughy, WSBA # 8406
Attorney for Defendant City of Sumner
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, #4141
(206) 623-8861
Fax (206) 223-9423
mmcconaughy@kbmlawyers.com

STIPULATION AND PROPOSED ORDER OF
CONTINUANCE FOR DISCOVERY PLAN DATES

2

City of Sumner
1104 Maple Street
Sumner WA  98390
(253) 299-5610 telephone
(253) 299-5509 fax

s/Richard F. DeJean
Richard F. DeJean, WSBA # 2548
Attorney for Plaintiffs
P.O. Box 867
15224 Main Street
Sumner, WA 98390
(253) 863-6047
Fax (253) 863-0922

**O R D E R**

Based upon the above stipulation, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Discovery dates set forth above are continued to the dates as follows:

(1) the deadline for Disclosure of Expert Testimony under FRCP 26(a)(2), is continued to August 10, 2007;

(2) the deadline for filing all discovery motions is continued to September 20, 2007;

(3) the Discovery completion date is continued to October 10, 2007; and

(4) the date for all Dispositive Motions is continued to October 24, 2007.

**DATED** this 26th day of June, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

FOR ENTRY

NOTICE OF PRESENTMENT WAIVED

_____   _____
Brett C. Vinson, WSBA # 30426        Richard DeJean, WSBA # 2548
Attorney for Defendant City of Sumner   Attorney for Plaintiffs

_____
Mary Ann McConaughy, WSBA # 8406
Attorney for Defendant City of Sumner